# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>ADOLPH VARGAS<br>DEFENDANT(S). | CASE NUMBER<br>09 - 226 M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _DEFENDANT_ ~~UNITED STATES~~ , IT IS ORDERED that a detention hearing is set for _MONDAY, OCT 19_ , _2009_ , at _1_ ☐ a.m. / ☑ p.m. before the Honorable _DAVID BRISTOW_ , in Courtroom _4_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _10/16/09_

U.S. ~~District Judge~~/Magistrate Judge

**DAVID T. BRISTOW**

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)
Page 1 of 1